**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GUSTAVO BARNES TASE, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-246-SDD-EWD** |
| **K. JORDAN, et al.** | |

## ORDER

Pending before the Court is an Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 5), filed by Petitioners, Gustavo Barnes Tase, Kataykhan Liemkeo, Binh Van To, Cuong Quoc Hyunh, Lome Sein (Petitioners). The merits of the Petition are now fully briefed (Docs. 5, 32, 34), and the Government has produced each Petitioner's A-File (Docs. 26, 27, 28, 30, 31).

The Government's Motion for Partial Relief from Amended Standing Order (Doc. 25) is also pending before the Court. The Government's Motion (Doc. 25), which concerns only Petitioner Kataykhan Liemkeo, has been fully briefed (Docs. 25, 29).

Because both the merits of the Petition (Doc. 5) and the Government's pending Motion for Partial Relief (Doc. 25) are fully briefed,

**IT IS ORDERED** that an **evidentiary hearing** will be held on both the Petition (Doc. 5) and the Government's Motion for Partial Relief (Doc. 25). The evidentiary hearing is set for **10:15 a.m.** on **June 25, 2026** in Courtroom Three before Chief District Judge Shelly D. Dick

      **IT IS FURTHER ORDERED** that to the extent the parties intend to present any exhibits or witnesses during the evidentiary hearing, the parties shall file their exhibit lists, and any witness lists, at least **3 days** before the hearing.

      Signed in Baton Rouge, Louisiana, on <u>June 11, 2026</u>.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**